MCGREGOR W. SCOTT
United States Attorney
THOMAS M. NEWMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00120-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE, SET CHANGE OF PLEA HEARING, AND VACATE STATUS HEARING |
| v. | |
| FRANCISCO FERNANDEZ, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendant, FRANCISCO FERNANDEZ, by and through his counsel, Marina Gonzales, hereby agree and stipulate to set a change-of-plea hearing on September 16, 2019, at 10 am, and to vacate the September 9, 2019 status conference. In support thereof, the parties stipulate that:

1. On June 13, 2019, a status conference was set for September 9, 2019, and time was excluded until that date.

2. The parties have executed a written agreement resolving the case, which was filed on August 29, 2019. The parties agree to set a change of plea hearing on September 16, 2019, for that reason.

3. The parties have additional issues to discuss related to discovery and agree that that the ends of justice is served by continuing the case as set forth above outweigh the best interest of the public and the defendant in a speedy trial, including by providing for continuity of counsel,

1

and reasonable time necessary for effective trial preparation.  Counsel for defendant believes that failure to grant the above-requested continuance would deny the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated:  September 5, 2019						MCGREGOR W. SCOTT
								United States Attorney

							By:	/s/ THOMAS NEWMAN
								THOMAS NEWMAN
								Assistant United States Attorney

Dated:							/s/ Marina Gonzales
								MARINA GONZALES
								Attorney for Defendant
								FRANCISCO FERNANDEZ

## **O R D E R**

IT IS ORDERED that a change of plea hearing shall be set for September 16, 2019, at 10am and the status conference set for September 9, 2019, is vacated.

IT IS FURTHER ORDERED THAT the period of time from September 9, through September 19, 2019, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **September 5, 2019**					_____
								UNITED STATES DISTRICT JUDGE